STERN MFG. CORP. v. RICHARDSON CONSTRUCTION CO., LTD., et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

In the Matter of the Commitment of CHRISTINE RUTZISKY, an Infant. JEWISH CHILD CARE ASSOCIATION OF NEW YORK.— Motion for leave to defend as a poor person granted only to the extent of dispensing with the printing of respondent's points, on condition that respondent files six typewritten copies of her respondent's points with this court and serves one typewritten copy of her respondent's points on the attorney for appellant. In all other respects, the motion is denied. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ARTHUR WILLIAMS.— Motion for leave to appeal as a poor person dismissed, having become academic by virtue of the disposition made by this court on February 27, 1962 (ante, p. 778). The order of this court entered on March 22, 1962 is vacated. Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

(A) THE PEOPLE OF THE STATE OF NEW YORK v. STANLEY FORD. (B) THE PEOPLE OF THE STATE OF NEW YORK v. MARCIAL ROSADO.— [In each action] Enlargement of time granted. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

(March 30, 1962)

FIFTH AVENUE COACH LINES, INC., et al., Appellants, v. CITY OF NEW YORK et al., Respondents.— Plaintiffs have established, prima facie, that the statute under which the city has acted is unconstitutional for failure to provide the giving of any notice to the owners of property condemned prior to the actual taking of possession. The necessity for notice appears all the more critical in view of the subsequent takings without formal or actual notice (17 Carmody-Wait, New York Practice, § 58, p. 216; *Puerto Rico Ry. Light & Power Co.* v. *United States*, 131 F. 2d 491; *Porto Rico Tel. Co.* v. *Puerto Rico Communications Auth.*, 189 F. 2d 39; cf. *People* v. *Adirondack Ry. Co.*, 160 N. Y. 225, 238–239, affd. 176 U. S. 335). Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.